# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

YULIYA MIRETSKAYA,

           Plaintiff,

v.

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,

           Defendants.

Civil Action No. 20-14856 (MAS) (DEA)

**MEMORANDUM ORDER**

    This matter comes before the Court on the *in forma pauperis* application ("IFP Application") of Plaintiff Yuliya Miretskaya ("Plaintiff") to proceed without prepayment of fees under 28 U.S.C. § 1915. (IFP Appl., ECF No. 55.) On September 21, 2021, following receipt of Plaintiff's correspondence that demonstrated financial hardship in serving Defendants in this case, the Court ordered Plaintiff to file a proper IFP Application. (Order 1-2, ECF No. 46.) On October 10, 2021, Plaintiff mailed the Court his IFP Application. (IFP Appl. 1.)

    The Court must carefully review Plaintiff's IFP Application and "if convinced that [the applicant] is unable to pay the court costs and filing fees, the [C]ourt will grant leave to proceed *in forma pauperis*." *Douris v. Middletown Township*, 293 F. App'x 130, 132 (3d Cir. 2008) (citing *Deutsch v. United States*, 67 F.3d 1080, 1084 n.5 (3d. Cir 1995)). Plaintiff's IFP Application included a statement of his assets, income, and expenses. (*See generally* IFP Appl.) The IFP Application is complete and indicates that Plaintiff is unemployed and possesses no savings or assets, aside from $900 in cash. (*Id.* at 2, 5.) The Court, accordingly, finds that Plaintiff has established indigence and grants the IFP Application. The Court also screens the Complaint to

determine whether it should be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B). The Court concludes that the Complaint is not frivolous, does not fail to state a claim, and does not appear to sue a defendant immune from monetary relief. Indeed, the Court has already adjudicated a motion to dismiss in this matter and denied that motion in part. (*See* ECF No. 34.)

    **IT IS THEREFORE**, on this 2nd day of November 2021, **ORDERED** as follows:

1.  Plaintiff's application to proceed *in forma pauperis* (ECF No. 55) is **GRANTED**.

                   */s/ Michael A. Shipp*
                   **MICHAEL A. SHIPP**
                   **UNITED STATES DISTRICT JUDGE**