Yuliya Miretskaya
46 Livingston Ave, Avenel, NJ
07001 Phone: (857)
259e5601 E-Mail:
fermat17@bu.edu

June 22, 2022

Honorable Douglas H. Arpert, U.S.M.J.
Honorable Michael A. Shipp, U.S.D.J.
US District Court for the District of New Jersey Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

**Re: Miretskaya v. Rutgers, The State University of New Jersey, et. al.**

**Civil Action No. 3:20-cv-14856-MAS-DEA**

**Emergency Request for permission to submit Opposition Brief to Defendant Rutgers' Motion to Dismiss belatedly.**

Dear Judge Arpert,

As Your Honor is aware, I represent myself — as pro se plaintiff — in the above referenced case.

As Your Honor is aware, this Court issued an Order, establishing a firm deadline for filing Plaintiff's Opposition Brief to Defendant Rutgers' pending Motion to Dismiss Plaintiff's First Amended Complaint with the Court by 11:59 pm on June 21, 2022.

As Your Honor is aware, I was having significant technical issues with files on my personal computer last evening, regarding which Your Honor was informed last evening via an email sent to dea_orders@njd.uscourts.gov. Unfortunately, I wasn't able to file a formal request for leave of Court last evening due to not being able to convert any files to PDF, which is the requisite format for submitting documents for filing via ECF. The prepared documents were ready for filing last evening, save for some typographical editing and formatting, before the technical issue arose. This technical issue and files containing Plaintiff's Opposition Brief being corrupted was also the reason why I wasn't able to meet last evening's filing deadline.

I had informed my adversary's counsel, Edward Sponzilli of this issue – and Mr. Sponzilli raised no objections to Plaintiff's Opposition Brief being filed one day late. This one-day-late submission wouldn't in any way be in prejudice of the Defendant Rutgers.

<u>I thus respectfully request Your Honor's permission and this Court's leave to accept my belatedly filed Opposition Brief.</u>

On a personal note, today is my birthday, and I would be most grateful if my belatedly submitted Brief were accepted.

I thank Your Honor's and this Court's consideration of this matter.

Respectfully,

Yuliya Miretskaya

By:_____
YULIYA MIRETSKAYA


**IT IS** on this 23rd day of June 2022,

**ORDERED** that Plaintiff's application for an extension to file his Opposition Brief is **GRANTED**; and it is further

**ORDERED** <u>that Plaintiff is to file his Opposition Brief by end-of-day Tuesday, June 28, 2022.</u>

_____
DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE